*WHEN RECORDED MAIL TO:*

D. Scott Carruthers, (SBN 68745)
D. Scott Carruthers, APLC
8448 Katella Ave
Stanton CA 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE JUDGMENT RECOVERY INC.<br><br>                           PLAINTIFF(S),<br>v.<br><br>TODD DISNER et al<br><br>                           DEFENDANT(S). | CASE NUMBER:<br><br>CV 2:21-mc-00967<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on JUNE 01, 2021
in favor of NATIONWIDE JUDGMENT RECOVERY INC.
whose address is 8452 Katella Ave, Stanton CA 90680
and against DAVINQ YANG
whose last known address is 4800 DALEVIEW AVE SPC 126, EL MONTE CA 91731
for $ 30,089.04         Principal,   $ 1,761.58         Interest,   $ 0         Costs,
and $ 0.00         Attorney Fees.

ATTESTED this    24    day of    June   , 2021.
Judgment debtor's driver's license no. and state;              (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number;    7417    (last 4 digits) ☐ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends

Judgment debtor's attorney's name and address and/or
address at which summons was served:

RITA VERDUGO
4800 DALEVIEW AVE SPC 126
EL MONTE CA 91731

CLERK, U.S. DISTRICT COURT

By _____
     Deputy Clerk
     REBECA OLMOS

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)                           ABSTRACT OF JUDGMENT/ORDER